# Court of Appeals
# of the State of Georgia

ATLANTA, December 11, 2013

*The Court of Appeals hereby passes the following order:*

**A14A0459.  WILLIAMS JR. v. THE STATE.**

This appeal was docketed in this Court on November 1, 2013. The Appellant's brief, including enumeration of errors, was due to be filed no later than November 21, 2012. Court of Appeals Rules 22 (a) and 23 (a). To date, Appellant has not filed a brief and enumeration of errors, and no extension of time for filing has been granted. Accordingly, Case Number A14A0459 is hereby DISMISSED for Appellant's failure to file a brief and enumeration of errors in support of his appeal.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 12/11/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*